# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133857

KEITH J. WILLIAMS, #324866

      Plaintiff-Appellant,

v

CHERI K. GROVE,

      Defendant-Appellee.

_____

SC: 133857
CoA: 274882

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 31, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2007

_____
Clerk

jm